

# Fourth Court of Appeals
## San Antonio, Texas

May 21, 2015

No. 04-15-00308-CR

**IN RE** Richard A. **PADILLA**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Marialyn Barnard, Justice
             Luz Elena D. Chapa, Justice
             Jason Pulliam, Justice

On May 18, 2015, relator filed a petition for writ of mandamus. This court has determined that we do not have jurisdiction to consider relator's petition. The petition is DISMISSED FOR LACK OF JURISDICTION. The court's opinion will issue at a later date.

It is so **ORDERED** on May 21, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of May, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause Nos. 2007CR4263 and 2007CR4264, styled *The State of Texas v. Richard A. Padilla*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Ray Olivarri presiding.